UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COVES OF THE HIGHLAND COMMUNITY DEVELOPMENT DISTRICT | * * * * | CIVIL ACTION NO.: 09-7251 |
| VERSUS | * * | JUDGE: LEMMON |
| McGLINCHEY STAFFORD PLLC and BREAZEALE, SACHSE & WILSON, LLP | * * * | MAGISTRATE: ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Consent Motion for Extension of Time;

**IT IS ORDERED** that Defendant, Breazeale, Sachse & Wilson, LLP, be and hereby is granted a thirty (30) day extension of time up to and including January 7, 2010, within which to answer or otherwise respond to Plaintiff's Complaint.

New Orleans, Louisiana, this __8th__ day of December, 2009.

_____
JUDGE

1

148704