UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COVES OF THE HIGHLAND COMMUNITY DEVELOPMENT DISTRICT | CIVIL ACTION |
| VERSUS | NO: 09-7251 |
| MCGLINCHEY STAFFORD P.L.L.C. | SECTION: "S" (4) |

## ORDER

**IT IS HEREBY ORDERED** that oral argument on Breazeale, Sachese & Wilson's Motion to Dismiss (Document #12) and McGlinchey's Motion to Dismiss (Document #14) set for January 27, 2010 are continued to February 10, 2010 at 10:00 a.m..

New Orleans, Louisiana, this 13th day of January, 2010.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE