UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Coves of the Highland Community Development District ) ) ) | |
| ) | Case No. 2:09-cv-07251 |
| **PLAINTIFF,** ) | |
| v. ) | Section "S" - Judge Lemon |
| ) | |
| McGlinchey Stafford PLLC ) | Magistrate (4) - Magistrate Ruby |
| ) | |
| and ) | |
| ) | |
| Breazeale, Sachse & Wilson, L.L.P. ) | |
| ) | |
| **DEFENDANTS** ) ) | |

## ORDER

Considering the foregoing Unopposed Motion to Continue.

IT IS HEREBY ORDERED that this motion be GRANTED and that the hearing on Defendants' Breazeale, Sachse & Wilson, L.L.P.'s and McGlinchey Stafford PLLC's Motions to Dismiss [Rec. Doc. 12 and 14] originally set for January 27, 2010 at 10:00 a.m. be reset to February 24, 2010 at 10:00 a.m., with oral argument as previously granted.

New Orleans, Louisiana, this 14th day of January, 2010.

_____
DISTRICT JUDGE

1418437-1