UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COVES OF THE HIGHLAND COMMUNITY DEVELOPMENT DISTRICT | CIVIL ACTION |
| VERSUS | NO. 09-7251, c/w 10-1437 |
| MCGLINCHEY STAFFORD PLLC, ET AL. | SECTION "N" (4) |

### ORDER AND REASONS

Before the Court is the Rule 42(b) Motion to Sever (Rec. Doc. 51), filed by MGD Partners, LLC, and joined in by First American (See Rec. Doc. 62) and the Coves of Highland (See Rec. Doc. 63). This motion is opposed by McGlinchey Stafford PLLC (See Rec. Doc. 64) for the reason that it sees no reason to disagree with the Court's independent and initial determination to consolidate these cases. After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that the **Rule 42(b) Motion to Sever (Rec. Doc. 51) is GRANTED**. Indeed while involving common issues of fact, member case 10-1437 involves a claim in contract for title insurance benefits and, contrastingly, member case 09-7251 involves an action in tort for several different violation,

including violation of the federal securities laws. Thus, these two cases shall be de-consolidated/severed for separate pretrial and trial proceedings.

New Orleans, Louisiana, this 27th day of August 2010.

_____
KURT D. ENGELHARDT
United States District Judge